Form B3A (07/10)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Mandi Lynn Baldwin**<br>606 E. Railroad St.<br>St. Johns, MI 48879<br>SSN: xxx–xx–2412<br><br>**Debtor** | **Case Number 16–04795–jtg**<br><br>**Chapter 7**<br><br>**Honorable John T. Gregg** |

# ORDER APPROVING APPLICATION TO PAY FILING FEE IN INSTALLMENTS

   In the above−referenced case the debtor(s) having filed an application pursuant to Fed. R. Bankr. P. 1006(b) to pay the required filing fee in installments, now therefore:

   IT IS ORDERED  that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application. Unless otherwise provided for in the application, payments shall be made payable to: **Clerk, US Bankruptcy Court** and mailed to: **United States Bankruptcy Court, One Division, N., Room 200, Grand Rapids, MI 49503.** . The Court does not accept personal checks or credit card payments from Debtors. Payments must be made in the form of a money order or cashier's check. Cash or debit cards will only be accepted when visiting the clerk's office, please do not mail cash to the court. If paying in person with cash, please bring the exact amount owed as the court cannot provide change.

   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Daniel M. LaVille
Clerk of Court

**Dated:** September 20, 2016

Order electronically transmitted to the Bankruptcy Noticing Center for service upon the Debtor(s), the Debtor(s)' attorney (if applicable) and Trustee ( 9/20/16 , clp )